IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiffs,<br><br>  vs.<br><br>CYNTHIA GRACE SNYDER,<br><br>     Defendant. | No. CR-06-229-AWI<br><br>ORDER OF RELEASE |

    The above named defendant having been sentenced to 36 Months Probation,

    IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: *11-6-06*

                            ANTHONY W. ISHII
                            U.S. District Judge

9/26/96 exonbnd.frm

1